UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FEB 25 2000

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 25, 2000

Memo to Counsel Re: Neurotron, Inc. v. American Association of Electrodiagnostic Medicine
Civil No. WMN-00-514

Dear Counsel:

This will confirm the schedule set during the hearing held today.

| | |
|---|---|
| March 8, 2000 | Deadline for informal exchange of documents |
| March 15, 2000 | Deadline for plaintiff to file supplemental memorandum in support of motion for preliminary injunction |
| March 29, 2000 | Deadline for defendant to file supplemental memorandum in opposition to motion for preliminary injunction |
| April 5, 2000 | Deadline for plaintiff to file reply |
| April 14, 2000 11:00 a.m. | Preliminary injunction hearing (before Judge Nickerson) |

This will also confirm that plaintiff's motion for temporary restraining order is denied. However, as I ruled during the conference, defendant should (as it has agreed to do) reinstate the disclaimer that was erroneously omitted from the website publication (and any hard copy publication not now containing the disclaimer that has not yet been distributed). I also ruled (over defendant's objection) that defendant should put on the website a statement that the disclaimer was erroneously deleted before. Please confer with one another to work out the details of this statement. If you are unable to agree, you may contact me about it next week.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Honorable William M. Nickerson
    Court File