**ORIGINAL**

☐ 002

_____ FEE PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FEE NOT PAID
(SEND LETTER)

Neurotron, Inc.                          *
                                         *
          Plaintiff(s)                   *       Civil Action No. **WMN 00CV514**
     vs.                                 *
                                         *
American Association of Electrodiagnostic*       FEB 28 2000
          Medicine                       *
          Defendant(s)                   *

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Donald B. Verrilli, Jr.__ Esquire a member of the Bar of this court, moves the admission of __Robert M. Portman__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __American Association of Electrodiagnostic Medicine__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Illinois and the District of Columbia__

and/or the following United States Court(s) __U.S. Supreme Court and U.S. District Court for the Northern District of Illinois__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __-__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

_____ FILED   _____ ENTERED
_____ LODGED  _____ RECEIVED

FEB 29 2000

CLERK
DISTRICT OF MARYLAND
       BY                    DEPUTY

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6//98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| JENNER & BLOCK | JENNER & BLOCK |
| Address | Address |
| 601 13th Street, N.W. Suite 1200 South Washington, DC 20005 | 601 13th Street, NW, Suite 1200 South Washington, DC 20005 |
| (202) 639-6000 | (202) 639-6000 |
| Office phone number | Office phone number |
| (202) 639-6066 | (202) 639-6066 |
| Fax number | Fax number |

_____
Md. U. S. District Court Number

## ORDER

Motion  ✓   GRANTED

Motion  ____   GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  ____   DENIED

2/24/00                                *signature*
Dated                                  Judge, U. S. District Court