**ORIGINAL**

☑002

Orig ✓ ____ FEE PAID
____ FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Neurotron, Inc. | * | |
| | * | |
| Plaintiff(s) | * | Civil Action No. **WMN 00CV514** |
| vs. | * | |
| | * | |
| American Association of Electrodiagnostic Medicine | * | FEB 28 2000 |
| Defendant(s) | * | AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, **Donald B. Verrilli, Jr.** Esquire a member of the Bar of this court, moves the admission of **Deanne E. Maynard** Esquire to appear pro hac vice in the captioned proceeding as counsel for **American Association of Electrodiagnostic Medicine**

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of **Virginia and the District of Columbia**

and/or the following United States Court(s) **U.S. Supreme Court, D.C. Circuit, Federal Circuit, Fourth Circuit, Sixth Circuit, U.S. District Court for D.C.**

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court _____ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: **N/A**

FILED ____ ENTERED
LODGED ____ RECEIVED

FEB 29 2000

CLERK U.S. ____ COURT
DISTRICT OF MARYLAND
____ DEPUTY

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/1/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| JENNER & BLOCK | JENNER & BLOCK |
| Address | Address |
| 601 13th Street, N.W. Suite 1200 South Washington, DC 20005 | 601 13th Street, NW, Suite 1200 South Washington, DC 20005 |
| (202) 639-6000 | (202) 639-6000 |
| Office phone number | Office phone number |
| (202) 639-6066 | (202) 639-6066 |
| Fax number | Fax number |

_____
Md. U. S. District Court Number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

___2/29/00___                           ___[signature]___
Dated                                    Judge, U. S. District Court