IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| NEUROTRON, INC. | * |
| Plaintiff | * |
| v. | *   No. WMN 00-514 |
| AMERICAN ASSOCIATION OF ELECTRODIAGNOSTIC MEDICINE | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the foregoing Motion for Admission Pro Hac Vice for Charles I. Artz, Esquire, movant's motion is HEREBY GRANTED.

2/29/00
Date

_____
Judge, United States District
Court for the District of Maryland

*Filed stamp: FEB 29 2000, Clerk, District of Maryland*