IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEUROTRON, INC. | * |
| | * |
| v. | *   Civil No. WMN-00-514 |
| | * |
| AMERICAN ASSOCIATION OF | * |
| ELECTRODIAGNOSTIC MEDICINE | * |
| | ***** |

ORDER

For the reasons stated on the record today, it is this 24th day of March 2000

ORDERED that plaintiff's second motion for temporary restraining order be denied.

_____
J. Frederick Motz
United States District Judge

