IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

NEUROTRON, INC.                   :
                                  :
          Plaintiff               :
                                  :
     v.                           :     Civil Action No. WMN 00CV514
                                  :
AMERICAN ASSOCIATION OF           :
ELECTRODIAGNOSTIC MEDICINE        :
                                  :
          Defendant               :

## ORDER

Upon the foregoing Motion for Admission Pro Hac Vice for Andrew W. Barbin, Esquire, Movant's Motion is **HEREBY GRANTED**.

___4/13/00___                        _____
Date                                 Judge, United States District
                                     Court for the District of Maryland