ORIGINAL

NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

FILED ENTERED
LODGED RECEIVED

APR 14 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Neurotron, Inc. *
Plaintiff(s) *

v. * CIVIL ACTION NO. WMN 00CV514

American Association of Electrodiagnostic Medicine *
Defendant(s) *

FEE NOT PAID
(SEND LETTER)

**************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, Donald B. Verrilli, Jr., ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF Katherine A. Fallow ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR American Association of Electrodiagnostic Medicine.

MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF Massachusetts and the District of Columbia

AND/OR THE FOLLOWING UNITED STATES COURT(S): U.S. Court of Appeals for the District of Columbia, U.S. Court of Appeals for the Fifth Circuit.

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT - TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: N/A

REVISED 7/20/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED OR

______________________________ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT:

[signature]

SIGNATURE

JENNER & BLOCK

ADDRESS

601 13th Street, N.W., Suite 1200
Washington, D.C. 20005

(202) 639-6000

OFFICE PHONE NUMBER

______________________________

MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE:

[signature]

SIGNATURE

JENNER & BLOCK

ADDRESS

601 13th Street, N.W., Suite 1200
Washington, D.C. 20005

(202) 639-6000

OFFICE PHONE NUMBER

## ORDER

MOTION ✓ GRANTED

MOTION ______ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

MOTION ______ DENIED

DATE: 4/14/00

[signature]

JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2000, I caused true and correct copies of the foregoing Motion for Admission Pro Hac Vice to be served via facsimile and first class mail upon the following:

John M.G. Murphy
Barry L. Gogel
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643
(410) 547-0699 (by fax)

Charles I. Artz
Artz & Associates
207 State Street
Harrisburg, PA 17101
(717) 238-2443 (by fax)

Katherine A. Fallow