IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 21 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| NEUROTRON, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. WMN 00CV514 |
| ) | |
| AMERICAN ASSOCIATION OF ) | |
| ELECTRODIAGNOSTIC ) | |
| MEDICINE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's motion for an extension of time to answer or otherwise respond to plaintiff's complaint, the motion is granted. Defendant American Association of Electrodiagnostic Medicine shall have up to and including May 31, 2000 to answer or otherwise respond to plaintiff's complaint.

_____
The Hon. William M. Nickerson
United States District Judge

