

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEUROTRON, INC.                    :
                                    :
v.                                  :   Civil Action WMN-00-514
                                    :
AMERICAN ASSOCIATION OF             :
ELECTRODIAGNOSTIC MEDICINE          :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 15th day of June 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Plaintiff's Motion for Preliminary Injunction (Paper No. 12) is hereby DENIED; and

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge