```
                                          FILED
                                    U.S. DISTRICT COURT
                                   DISTRICT OF MARYLAND

                                    2000 JUL 21  P 3: 35

                                       CLERK'S OFFICE
                                       AT BALTIMORE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BY_____DEPUTY

NEUROTRON, INC.                    :
                                   :
v.                                 :   Civil Action WMN-00-514
                                   :
AMERICAN ASSOCIATION OF            :
ELECTRODIAGNOSTIC MEDICINE         :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 21st day of July 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion to Dismiss (Paper No. 29) is hereby DENIED;

2. That Defendant's alternative request for summary judgment (Paper No. 29) will be DENIED WITHOUT PREJUDICE;

3. That no later than ten days from the date of this Order, the parties shall submit a joint proposal informing the Court as to the time required to complete reasonable discovery in this case; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

_____
William M. Nickerson
United States District Judge