FOR THE DISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION

| | | |
|---|---|---|
| NEUROTRON, INC. | * | |
| Plaintiff | * | JUDGE WILLIAM M. NICKERSON |
| v. | * | Civil Action No. WMN 00CV514 |
| AMERICAN ASSOCIATION OF ELECTRODIAGNOSTIC MEDICINE | * | |
| | * | |
| Defendant | | |

## JOINT SCHEDULING PROPOSAL

Pursuant to Order of Court dated July 21, 2000, the parties submit the following joint proposal with regard to discovery:

- ➢ Written discovery issued within thirty (30) days of the date of this Order;

- ➢ All fact discovery completed within ninety (90) days of the date of this Order;

- ➢ Plaintiff Expert Disclosure within one hundred twenty (120) days of the date of this Order;

- ➢ Defendant's Expert Disclosure within one hundred sixty (160) days of the date of this Order; and,

- ➢ Dispositive Motions within one hundred sixty (160) days of the date of this Order.

Respectfully submitted,

John M. G. Murphy, #03811
Barry L. Gogel, #25495
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Fl.
Baltimore, Maryland 21202-1643
(410) 685-1120
Attorneys for Plaintiff

DATED:    July 31, 2000

" Approved                    2d DAY
OF August

1

FOR THE DISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION

NEUROTRON, INC.                                 *

    Plaintiff                                   *

v.                                              *    Civil Action No. WMN 00CV514

AMERICAN ASSOCIATION OF                         *
ELECTRODIAGNOSTIC MEDICINE
                                                *
    Defendant
                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of July, 2000, a copy of **JOINT SCHEDULING PROPOSAL** was sent via facsimile and first-class mail, postage prepaid to:

Deanne E. Maynard, Esq.
Jenner & Block
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005

Barry L. Gogel, Esq.

2