FOR THE DISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION

| | | |
|---|---|---|
| NEUROTRON, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN 00CV514 |
| AMERICAN ASSOCIATION OF ELECTRODIAGNOSTIC MEDICINE | * | |
| | * | |
| Defendant | * | |
| | * | |

**ORDER**

AND NOW, this 23rd day of October, 2000, the Scheduling Order in this matter is amended to extend discovery until December 15, 2000. All subsequent dates shall be extended 45 days.

BY THE COURT:

_____
The Hon. William M. Nickerson
United States District Judge

cc: Counsel of Record

