# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Neurotron, Inc.

        Plaintiff(s)

vs.

American Association of Electrodiagnostic Medicine

        Defendant(s)

Civil Action No. WMN 00CV514

☑ FEE PAID

☐ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Donald B. Verrilli, Jr.__ Esquire a member of the Bar of this court, moves the admission of __Jared O. Freedman__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendant__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York, District of Columbia__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                         PROPOSED ADMITTEE:

_____                   _____
Signature                                       Signature

Jenner & Block, 601 13th St., NW Suite 1200     Jenner & Block, 601 13th St., NW Suite 1200
Address                                         Address

Washington DC 20037                             Washington, DC 20037

202 639-6000                                    202 639-6000
Office phone number                             Office phone number

202 639-6066                                    202 639-6066
Fax number                                      Fax number

_____
Md. U. S. District Court Number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

__12/12/00__                                    _____
Dated                                           Judge, U. S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2000, I caused true and correct copies of the attached Motion for Admission Pro Hac Vice of Jared O. Freedman to be served upon the following counsel of record by first class mail:

John M.G. Murphy
Barry L. Gogel
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643

Charles I. Artz
Artz & Associates
207 State Street
Harrisburg, PA 17101

Andrew W. Barbin
Gleason & Barbin, P.C.
123 State Street
Harrisburg, PA 17101

_____
Jared O. Freedman