FOR THE DISTRICT OF MARYLAND
IN THE UNITED STATES DISTRICT COURT
Northern Division

| | |
|---|---|
| NEUROTRON, INC.,        ) | |
| )                       | |
| Plaintiff,              ) | |
| )                       | |
| v.                      ) | No. WMN 00CV514 |
| )                       | |
| AMERICAN ASSOCIATION OF ) | |
| ELECTRODIAGNOSTIC       ) | |
| MEDICINE,               ) | |
| )                       | |
| Defendant.              ) | |
| )                       | |

## ORDER

Upon consideration of the defendant's unopposed motion to modify the scheduling order to postpone expert designations and expert discovery until after resolution of summary judgment proceedings, the motion is granted. All other dates in the scheduling order remain in effect.

_____  1/12/01
The Hon. William M. Nickerson
United States District Judge

