IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NEUROTRON, INC.                  :
                                 :
v.                               :   Civil Action WMN-00-514
                                 :
AMERICAN ASSOCIATION OF          :
ELECTRODIAGNOSTIC MEDICINE       :

**MEMORANDUM & ORDER**

Before the Court is Plaintiff's Motion for Extension of Time to File Summary Judgment Response (Paper No. 45). Defendant has opposed the motion. Upon review of the motion and applicable law, this Court determines that Plaintiff's motion will be granted, in that Plaintiff shall have until March 23, 2001, to file its response, which is to be served, by hand, on Defendant on that same day.

Rule 6(b) of the Federal Rules of Civil Procedure provides that "the court for cause shown may at any time in its discretion ... upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect." Reading "excusable neglect" liberally, the Court finds that Plaintiff's "inadvertence and mistake in marking the calender as to the date required for response" is sufficient to warrant the requested extension.

Accordingly, IT IS this 19th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Extension of Time to File Summary Judgment Response (Paper No. 45) is hereby GRANTED;

2. That Plaintiff's response is due no later than March 23, 2001, and that such response is to be hand delivered to Defendant

on that same date; and

    3. That the Clerk of the Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

                                                      _____
                                                      William M. Nickerson
                                                      United States District Judge