IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEUROTRON, INC. | : |
| v. | : Civil Action WMN-00-514 |
| AMERICAN ASSOCIATION OF ELECTRODIAGNOSTIC MEDICINE | : |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 13  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**ORDER**

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 13th day of August, 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion for Summary Judgment (Paper No. 44) is hereby GRANTED;

2. That judgment is hereby entered in favor of Defendant and against Plaintiff;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge

AUG 13