IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | | |
|---|---|---|
| NEUROTRON, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN 00-514 |
| AMERICAN ASSOCIATION OF ELECTRODIAGNOSTIC MEDICINE | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY AND WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 101.2.b of the United States District Court for the District of Maryland, please enter the appearances of Jeffrey H. Scherr, Kevin F. Arthur, and Kramon & Graham, P.A., as attorneys for plaintiff Neurotron, Inc. In addition, please withdraw the appearances of John M.G. Murphy, Barry L. Gogel, Andrew W. Barbin, and Charles I. Artz as attorneys for plaintiff.

Jeffrey H. Scherr (01011)
Kevin F. Arthur (05530)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

Attorneys for Plaintiff Neurotron, Inc.

Dated: September 12, 2001.

KFA/KFA/00027051.WPDv1



APPROVED
September, 01  12th day

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2001, I sent a copy of Plaintiff's Entry and Withdrawal of Appearance by first-class mail, postage prepaid, to:

>Deanne E. Maynard, Esquire
>Jenner & Block
>601 Thirteenth Street, N.W.
>Suite 1200 South
>Washington, D.C. 20005;
>
>John M.G. Murphy, Esquire
>Barry L. Gogel, Esquire
>Ober, Kaler, Grimes & Shriver
>120 E. Baltimore Street, 8th Floor
>Baltimore, Maryland 21202-1643;
>
>Andrew W. Barbin, Esquire
>Gleason & Barbin, P.C.
>123 State Street
>Harrisburg, Pennsylvania 17101; and
>
>Charles I. Artz, Esquire
>Charles I. Artz & Associates
>207 State Street
>Harrisburg, Pennsylvania 17101.

_____
Kevin F. Arthur